## United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: McCallister SELMA, JR | ) | Chapter 13 |
| Rhonda E SELMA | ) | Case No. 14 B 05190 |
| Debtor(s) | ) | Judge Pamela S. Hollis |

## Notice of Motion

McCallister SELMA, JR  
Rhonda E SELMA  
15212 Harper  
Dolton, IL  60419

Debtor Attorney: Ernesto D Borges Jr Esq  
via Clerk's ECF noticing procedures

On July 23, 2014 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 644
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, June 28, 2014.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

---

### Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On February 18, 2014, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on April 30, 2014, for a term of 60 months with payments of $628.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 4 | $2,512.00 | $1,228.00 | $1,284.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 06/27/2014  
Due Each Month: $628.00  
Next Pymt Due: 07/20/2014

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 04/11/2014 | 309486150 | $628.00 | 05/29/2014 | 917098 | $600.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE